# United States District Court

for the

**District of Utah**

**RECEIVED**
*By THewlett at 3:03 pm, Dec 10, 2025*

| UNITED STATES OF AMERICA | **ARREST WARRANT** |
|---|---|
| V. | Case No: **2:25-CR-00433 RJS** |
| **Long Hoang Luu** | |
| | **DESIGNATED LOCATION:** ☒ Salt Lake City  ☐ St George |

To:     The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)  **LONG HOANG LUU** ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information

☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

☐ Supervised Release Violation Petition

This offense is briefly described as follows:

**Attempted Production of Child Pornography; Coercion and Enticement; Travel with Intent to Engage in Illicit Sexual Conduct; Violation By a Sex Offender**

in violation of     18:2251(a) and (e); 18:2422(b); 18:2423(b); 18:2260A          United States Code.

| | |
|---|---|
| Gary P. Serdar | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *signature* | December 10, 2025 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |
| By: Aimee Trujillo | |
| Deputy Clerk | |

Bail fixed _____ by _____

                                                          Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at     U-tah County Jail |

| DATE RECEIVED 12/10/2025 | NAME AND TITLE OF ARRESTING OFFICER SA Jeff Chmielewski Special Agent, HSI | SIGNATURE OF ARRESTING OFFICER *signature* |
|---|---|---|
| DATE OF ARREST 12/15/2025 | | |